IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HANBY,<br><br>          Plaintiff,<br><br>vs.<br><br>LOS HIDALGOS, INC. dba PAMPAS BAR & GRILL; MONTGOMERY FIELD ASSOCIATES, LP et. al,<br><br>          Defendants. | Case No.:08 cv 2398 JM (RBB)<br><br>**ORDER ON MOTION/STIPULATION OF DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY ORDERED,** that Magistrate Judge Jeffrey T. Miller or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.  The terms of the Settlement Agreement are hereby incorporated in this Order.

It is further ordered that the Complaint in USDC Case No. 08 CV 2398 JM (RBB) is hereby dismissed in its entirety and with prejudice.  The Parties shall each bear its, his or her own costs

1

and fees, except as otherwise set forth in the Settlement Agreement, which is **incorporated herein by reference.**

**IT IS SO ORDERED.**

DATED: May 27, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

2